# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-2406
Lower Tribunal No. CF20-1146

_____

STATE OF FLORIDA,

Appellant,

v.

CLIFFORD C. COLEMAN,

Appellee.

_____

Appeal from the Circuit Court for Highlands County.
Angela J. Cowden, Judge.

May 21, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and GANNAM, J., and LAMBERT, B.D., Associate Judge, concur.

Ashley Moody, Attorney General, Tallahassee, Jonathan P. Hurley, Assistant Attorney General, Tampa, for Appellant.

Peter J. Brewer, of Brewer & Wilson, PLLC, Sebring, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED